**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7966

DION WYVIS COLEMAN,

Plaintiff - Appellant,

versus

CAROLYN TUCKER, LPN; J. CASTANZA; DR. SCOTT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (CA-03-131-2)

Submitted: April 22, 2005          Decided: May 2, 2005

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dion Wyvis Coleman, Appellant Pro Se. Donna L. Foster, Rodney Kyle Adams, Anne Catherine Cardea, LECLAIR RYAN, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dion Wyvis Coleman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Coleman v. Tucker, No. CA-03-131-2 (E.D. Va. filed Nov. 16, 2004 & entered Nov. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED